UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In re:

Yaccel Lopez                                  Case No.   14-22776-LMI

                                              Chapter 7

_____/

# TRUSTEE'S REPORT OF ABANDONMENT
# AT §341 MEETING OF CREDITORS

The following items of property were abandoned by the Trustee, Maria M. Yip, at the §341 Meeting of Creditors held July 14, 2013.

| Description of Asset(s) | Name of Lien holder |
|---|---|
| 1. Wave Runner Jet Ski | Cap1/ymaha |

Dated: July 16, 2013

Signed:      /s/ Maria M. Yip, Trustee
             Maria M. Yip, Trustee
             One Biscayne Tower
             2 S. Biscayne Blvd, Suite 2690
             Miami, FL 33131
             Telephone:  305-908-1862
             Facsimile:  786-800-3903
             trustee@yipcpa.com